UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GILBERT EDWARD SALAZAR, <br> Plaintiff, <br> v. <br> THE CITY OF CHINO, et al., <br> Defendants. | No. ED CV 18-00003-ODW (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without prejudice for failure to prosecute.

Dated: July 27, 2018

OTIS D. WRIGHT II
United States District Judge