JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| GILBERT EDWARD SALAZAR, | No. ED CV 18-00003-ODW (DFM) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| THE CITY OF CHINO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Dated: July 27, 2018

_____
OTIS D. WRIGHT II
United States District Judge